In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-105 CV


____________________



IN THE INTEREST OF D.W.O.






On Appeal from the 217th District Court


Angelina County, Texas


Trial Cause No. CR-28367-95-02






MEMORANDUM OPINION (1)


 The appellant, Tonya LaBelle, filed a motion to dismiss this appeal. The Court
finds that this motion is voluntarily made by the appellant prior to any decision of this
Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice
of appeal. The motion to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 PER CURIAM

Opinion Delivered April 14, 2005

Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Tex. R. App. P. 47.4.